MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                      )<br>                                                                        )<br>      Plaintiff,                                                   )<br>                                                                        )<br>    v.                                                                )<br>                                                                        )<br>RAJARSHI CHOWDHURY,                            )<br>                                                                        )<br>      Defendant.                                             )<br>_____) | No. CR 12-0275 EMC<br><br>STIPULATION AND [PR~~OPOSED~~]<br>ORDER CONTINUING SENTENCING<br>DATE BY ONE WEEK |

The parties respectfully stipulate as follows:

1. Sentencing in this matter is currently set for September 12, 2012. The probation officer who wrote the presentence report, Jessica Goldsberry, is unavailable that day due to a training commitment.

2. The parties believe it would better for Officer Goldsberry to be present at sentencing, because of her familiarity with the case through her authorship of the presentence report. Accordingly, they respectfully ask the Court to continue the sentencing hearing by one

///

///

STIP. & [PROPOSED] ORDER CONTINUING SENTENCING
CR 12-0275 EMC

1  week, to September 19, in order to allow Officer Goldsberry to be present.

2      IT IS SO STIPULATED.

4  DATED: August 30, 2012        _____/s/_____
5                                                   GARRICK LEW
                                                 Attorney for Defendant

7  DATED: August 30, 2012        _____/s/_____
                                                 ANDREW P. CAPUTO
8                                                   Assistant United States Attorney

10                                    **[PROPOSED] ORDER**

11      Pursuant to stipulation and for good cause shown, the sentencing hearing in this case is
12  continued to September 19, 2012, at 2:30 p.m.

13      IT IS SO ORDERED.

15  DATED: \_\_\_August 30, 2012_____    _____
16                                           EDWARD M. CHEN
                                         United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. Stamp: IT IS SO ORDERED / Judge Edward M. Chen]*